# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 6:22-cr-205-RBD-DCI

KAILASH MAHARAJ

## JUDGMENT OF ACQUITTAL

This cause came before the Court for a trial held on August 18, 2023 through August 24, 2023. The issues, having been tried and the jury having rendered a verdict of not guilty as to Counts One and Two of the Superseding Indictment, it is

**ORDERED AND ADJUDGED** that the Defendant is hereby acquitted of Counts One and Two of the Superseding Indictment.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 29, 2023.



ROY B. DALTON, JR.
United States District Judge

Copies furnished to:

Counsel of Record